```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

DR. FELIX GUZMAN RIVADENEIRA,  )
                               )
                Plaintiff,     )
                               )
     v.                        )           1:15CV472
                               )
DEPARTMENT OF HOMELAND         )
SECURITY, et al.,              )
                               )
                Defendants.    )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 2, 2015, was served on the parties in this action. (Doc. 2) Plaintiff objected to the Recommendation. (Doc. 4)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the correct forms and in the proper district, which corrects the defects cited in the Recommendation of the United States Magistrate Judge. A Judgment dismissing this action will be entered contemporaneously with this Order.

```
                                        /s/   Thomas D. Schroeder
                                      United States District Judge
July 17, 2015
```